# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THEINT WIN HTET,<br><br>    Plaintiff,<br><br>v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*,<br><br>    Defendants. | Civil Action No. 1:24-cv-01446 (RC) |

## DEFENDANTS' MOTION TO DISMISS

Defendants Joseph R. Biden, in his official capacity as President of the United States, Janet Yellen, in her official capacity as Secretary of the Treasury, the Office of Foreign Assets Control ("OFAC"), and Bradley T. Smith, in his official capacity as Director of OFAC, by and through undersigned counsel, hereby move for dismissal pursuant to Rule 12(b)(1) and Rule 12(b)(6) of the Federal Rules of Civil Procedure. In support of this motion, Defendants submit the accompanying memorandum and proposed order.

Dated July 19, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

DIANE KELLEHER
Assistant Branch Director

*/s/Stuart J. Robinson*
STUART J. ROBINSON
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Ave.
San Francisco, CA 94102
Tel: (415) 436-6635
Fax: (415) 436-6632

Email: stuart.j.robinson@usdoj.gov
Cal. Bar No. 267183

*Counsel for Defendants*